1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Oakland Division

4  ALICIA FENRICK (CSBN 193860)
   Assistant United States Attorney
5
   JILL J. HOLLY
6  Law Clerk

7     1301 Clay Street, Suite 340S
      Oakland, California 94612
8     Telephone: (510) 637-3680
      Facsimile: (510) 637-3724
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES MAGISTRATE COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                              OAKLAND DIVISION

15
                                        )   No.   CR 05-00699 WDB
16                                      )
   UNITED STATES OF AMERICA,             )   STIPULATION CONTINUING DATE OF
17                                      )   PRELIMINARY HEARING OR
          Plaintiff,                     )   ARRAIGNMENT AND EXCLUDING
18                                      )   TIME UNDER THE SPEEDY TRIAL ACT
      v.                                 )   CALCULATION (18 U.S.C. §
19                                      )   3161(h)(8)(A))
   ANANISE J. SCOTT                      )
20                                      )
          Defendant.                     )
21                                      )
                                        )
22 _____)

23      On November 3, 2005, the parties appeared before the Court for an arraignment on the

24 superceding information and change of plea. At that time, the matter was put over until

25 November 21, 2005. Due to both Assistant United States Attorney Alicia Fenrick's schedule and

26 defense counsel Joseph Mockus' trial schedule, the parties request a continuance in this matter.

27 Mr. Scott understands that he is entitled to an arraignment not later than the twentieth day

28 following the date of his initial appearance under Title 18, United States Code, Section 3060 and

STIPULATION
CR 05-00699 WDB                          1

1  has waived this right. Based on Mr. Scott's waiver, the parties scheduled the next appearance in
2  this matter for December 2, 2005 at 10:00 a.m. before Judge Brazil for an arraignment and
3  change of plea. The parties represent that granting the continuance is the reasonable time
4  necessary for continuity of defense counsel and effective preparation of defense counsel, taking
5  into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also
6  agree that the ends of justice served by granting such a continuance outweigh the best interests of
7  the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
8       The parties stipulate and agree that the above-stated reasons constitute good cause to support
9  a continuance under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
10 The parties also stipulate and agree that the stated reasons support a continuance of the
11 preliminary hearing or arraignment date under Title 18, United States Code, Sections 3161(b)
12 and 3161(h)(8)(B)(iv) and that the failure to grant the requested continuance would deny the
13 defendant continuity of counsel and deny counsel for the defense the reasonable time necessary
14 for effective preparation, taking into account the exercise of due diligence.
15 IT IS SO STIPULATED.
16
17 DATED: 11/18/05                              _____
18                                              ALICIA FENRICK
                                                Assistant United States Attorney
19
20 DATED: 11-18-05                              _____
                                                JOSEPH MOCKUS
21                                              Attorney for Mr. Scott

STIPULATION
CR 05-00699 WDB                             2

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Oakland Division

4  ALICIA FENRICK (CSBN 193860)
   Assistant United States Attorney
5
   JILL J. HOLLY
6  Law Clerk

7      1301 Clay Street, Suite 340S
       Oakland, California 94612
8      Telephone: (510) 637-3680
       Facsimile: (510) 637-3724
9

10 Attorneys for Plaintiff

11

12                 UNITED STATES MAGISTRATE COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                         OAKLAND DIVISION

15
                                          )   No.   CR 05-00699 WDB
16                                        )
   UNITED STATES OF AMERICA,              )   [PROPOSED] ORDER FOR
17                                        )   CONTINUING DATE OF PRELIMINARY
       Plaintiff,                         )   HEARING OR ARRAIGNMENT AND
18                                        )   EXCLUDING TIME UNDER THE
       v.                                 )   SPEEDY TRIAL ACT CALCULATION
19                                        )   (18 U.S.C. § 3161(h)(8)(A))
   ANANISE J. SCOTT                       )
20                                        )
       Defendant.                         )
21                                        )
                                          )
22 _____)

23

24     The Court finds that good cause is shown in the stipulation agreed to by the parties and

25 concludes that a continuance in this matter is proper under Rule 5.1 of the Federal Rules of

26 Criminal Procedure and 18 U.S.C. § 3060.

27     The Court FURTHER ORDERS that an exclusion of time between November 3, 2005 and

28 December 2, 2005, is warranted under the Speedy Trial Act because a failure to grant the

[PROPOSED] ORDER
CR 05-00699 WDB                              1

1  continuance would deny the defendant continuity of counsel and would unreasonably deny
2  defense counsel the reasonable time necessary for effective preparation, taking into account the
3  exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of
4  justice served by excluding time under the Speedy Trial Act outweigh the best interest of the
5  public and the defendant in a speedy trial and in the prompt disposition of criminal cases. Id. §
6  3161(h)(A). The Court, therefore, concludes that this exclusion of time is proper pursuant to 18
7  U.S.C. § 3161(h)(8)(B)(iv).
8     The defendant is HEREBY ORDERED to appear before Judge Brazil on December 2, 2005
9  at 10:00 a.m.
10 IT IS SO ORDERED.
11
12 DATED: November 21, 2005
13                                                              WAYNE D. BRAZIL
                                                                United States Magistrate Judge