1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | EUMI CHOI (WVASBN 0722)
Chief, Criminal Division

4 | ALICIA W. FENRICK (CASBN 193860)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3693

7

8 | Attorneys for Plaintiff

**FILED**

DEC 5 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

DEC - 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00699 WDB |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| ANANISE J. SCOTT, ) | |
| Defendant. ) | (Oakland Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: 12-2-05

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

BRIAN J. STRETCH
Chief, Oakland Branch Office

cc: WDB's Stats, Copies to parties via ECF,
Pretrial, Marshal

NOTICE OF DISMISSAL (CR 05-00699 WDB)

## ORDER

Leave of Court is granted to the government to dismiss the information without prejudice..

Date: 12-5-05

_____
WAYNE D. BRAZIL
United States Magistrate Judge